

Chris H. <chelali@gmail.com>

## Cryobank Application
3 messages

**Elizabeth Ashley. Franges** <efranges@cryobank.com>  Tue, Jun 12, 2012 at 11:18 AM
To: "chelali@gmail.com" <chelali@gmail.com>



Dear Chris,

Thank you for applying to the donor program.

We regret to inform you that your semen analysis results do not meet our standards, and therefore we will not be able to continue the qualification process with you. The laboratory analyzed your semen specimen and it was noted that your sperm count is below the normal range according to the World Health Organization. Should you have any questions related to this, or if you desire further consultation, we recommend you contact your physician directly for follow-up.

Thank you for your interest in the donor program, we are sorry we cannot accept your application but we greatly appreciate your interest in our program. Please feel free to contact our laboratory manager if you have any further questions.

Sincerely,

E. Ashley Franges

Donor Program Coordinator, CCB-Cambridge

efranges@cryobank.com

1-888-810-2796 Ext. 1090

(888) 317-4718 fax

**California Cryobank / Family Cord Blood Services**

**Reproductive Tissue Services** (cryobank.com)

The leading choice of fertility specialists since 1977.

**Cord Blood Banking Services** (familycordbloodservices.com)

The worldwide standard for family cord blood banking.

---

The information transmitted in this electronic communication is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities, other than the intended recipient, is prohibited. If you received this information in error, please contact the sender and the privacy officer, and properly dispose of this information.

---

**Chris Helali** <chelali@gmail.com>        Tue, Jun 12, 2012 at 4:30 PM
To: "Elizabeth Ashley. Franges" <efranges@cryobank.com>

Dear Elizabeth,

Thank you very much for the response. I was wondering if a retest occurs in a situation like this? I know that some of my activities like cycling every other day and high work load effect sperm production. Let me know and thank you again!

All the best,
Chris

---

**Elizabeth Ashley. Franges** <efranges@cryobank.com>        Tue, Jun 12, 2012 at 4:35 PM
To: Chris Helali <chelali@gmail.com>

Chris,

A retest would only serve to provide you with more information. The chances of you being able to make a specimen of the high count we require would be very slim. Also, if you plan on continuing cycling and high stress at work then these could continue to impact your specimen quality, making you ineligible to be in the donor program. If you'd like to do a retest for your own information, we could do that, yes. Let me know.

Thanks.

E. Ashley Franges

Donor Program Coordinator, CCB-Cambridge

efranges@cryobank.com

1-888-810-2796 Ext. 1090

(888) 317-4718 fax

**California** Cryobank / Family Cord Blood Services

**Reproductive Tissue Services** (cryobank.com)

The leading choice of fertility specialists since 1977.

**Cord Blood Banking Services** (familycordbloodservices.com)

The worldwide standard for family cord blood banking.

[Quoted text hidden]

The information transmitted in this electronic communication is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities, other than the intended recipient, is prohibited. If you received this information in error, please contact the sender and the privacy officer, and properly dispose of this information.