Gmail         Chris H. <chelali@gmail.com>

# Hey <3
23 messages

**Zipporah Legarde** <z.legarde@gmail.com>         Sat, Jun 25, 2016 at 11:26 PM
To: Chelali@gmail.com

Christopher,

I'm taking some space from FB.

I hope you're well. I really admire the work you're doing in your home country - I think it's really powerful when people return to their origins to do meaningful work. Idk, I don't have a lot of ways to verbalize that right now. I hope one day to have critical analyses of global issues; I never been out of the country and don't even understand this Brexit thing and it makes me feel so dumb.

So, per our earlier conversation, I wasn't truthful with you; I worry about doing that with you and it doesn't make sense because I truly think you're a wonderful person. But I guess I freaked out a lot and wasn't sure I wanted to say anything until I had a few days to process it.

And it doesn't excuse what I did, but my doctor just seemed so disappointed in me and that makes it hard for me to talk about it because she jumped to a lot of conclusions about me. I guess your average white doctor would do that to a young black woman sitting in her office under the circumstances but it just really made me feel wrong.

I found out Tuesday that I'm pregnant.

I know it's not exactly unexpected, but I think maybe it's worth us discussing because I'm definitely worried about everything and we don't know each other very well. But I think we should talk about our/my options, and just how you feel about it. But it might also be too early to make any definite plans. I won't know until I can schedule an appointment at the clinic out here in Western Massachusetts. (I think that's where I am...)

I'm at the summer camp right now, and it's long days, and I'm super tired now. But I hope you're well, discovering more (though I wonder how you could

possibly know more), and just...happy. And I'm sorry you're stressed and I hope my news doesn't add to that too much.

Zipporah

---

**Chris Helali** <chelali@gmail.com>           Sun, Jun 26, 2016 at 4:40 AM
To: Zipporah Legarde <z.legarde@gmail.com>

Hey love!

Its so good to hear from you and I was wondering why I couldn't message you via facebook. Glad to hear you are well.

I am happy, nervous and worried to hear you are pregnant. Happy to hear that what we tried to do actually worked out <3 I am nervous and worried because I am in the process of heading to Syria to fight for the Kurdish YPG. I don't think I will return to the USA for a year or so, if ever. I honestly feel horrible having you raise a child while being young and single and would rather there be a community that could be there for the child etc. Also, having an abortion also seems perfectly valid and I am in favor of any decision you think is appropriate.

Let me know what I can do to help and I send you and the little one my love :*
<3

Yours,
Chris
[Quoted text hidden]

---

**Chris Helali** <chelali@gmail.com>           Sun, Jun 26, 2016 at 11:39 AM
To: Zipporah Legarde <z.legarde@gmail.com>

PS I am sad you concealed the truth again for the second time :(
[Quoted text hidden]

---

**Zipporah Legarde** <z.legarde@gmail.com>           Sun, Jun 26, 2016 at 11:57 AM
To: Chris Helali <chelali@gmail.com>

Christopher,

Yeah, I don't feel great about it but that's why I was honest with you about what was going on because I felt you deserved to know and I wanted you to know.

I'm more than likely returning home or to Baltimore. I'm still deciding; do you care to have a role in the decision-making or care-taking? Those would be helpful to know. Would you like to be notified when I make a decision?

I'm leaning towards keeping the baby, but I'm worried about what that would mean in regards to me and you. I think I would rather raise him/her in a APOC community in a less traditional nuclear family setting, and if you have plans of coming back, I'm worried about how you would factor in as most I know and trust are distinctly black.

I'm familiar through my ex about the situation with the Kurdish YPG - he always framed it as a path he knew a few anarchists had taken. I think it sounds really important and I'm glad you've chosen to build better futures for humanity in that way. I would be comfortable sending you updates if that's possible, but I totally respect if you'd rather your involvement ends here since you're leaving the US permanently, and do wonder if maybe that is best, but I want to respect your rights as a member of this child's genetic family.

We never really knew each other that well, but just let me know how you're feeling/thinking.

Bests,

Z

[Quoted text hidden]

---

**Chris Helali** <chelali@gmail.com>
To: Zipporah Legarde <z.legarde@gmail.com>

Sun, Jun 26, 2016 at 1:14 PM

Zipporah,

Absolutely I would like to be a major part of the child's life and would like the child to also grow up proud of their heritage from my end as well. Greece, Iran and Kurdistan boast an amazing history as does my family that the child can learn from and strive to succeed. I also think its important to have a strong family committed to principles and causes worth fighting for. I don't think it would be right to abandon the child or have you do all the work alone as I constitue exactly half of its genetic code haha.

In any event, let me know what you decide to do. I think your decision is what counts and I will respect whatever you decide. A child will change both of our lives but I want us to remain integral parts of the child's life and to help in developing them into the best they can be.

I think an all black community would be great but also rob the child of their holdings and stakes here. The child would be entitled to Iranian, Greek and Canadian citizenship via me. As well as land and a home.

This is an important conversation and I think an interracial child with our unique backgrounds deserves to cultivate them all and truly become a global citizen.

Do you simply want us to have a caretaker role or do you still have feelings for me? I am sad that this seems far too formal and not as "lovey dovey" as I wished.

Love,

[Quoted text hidden]

---

**Zipporah Legarde** <z.legarde@gmail.com>  Sun, Jun 26, 2016 at 2:27 PM
To: Chris Helali <chelali@gmail.com>

Christopher,

I think we should Skype and talk about everything.

I still have feelings for you, but I'm unsure if the short romance we had can be built upon with a baby added to that.

[Quoted text hidden]

---

**Chris Helali** <chelali@gmail.com>  Sun, Jun 26, 2016 at 2:36 PM
To: Zipporah Legarde <z.legarde@gmail.com>

Sure! When are you free? My skype is Christopher.helali

[Quoted text hidden]

---

**Zipporah Legarde** <z.legarde@gmail.com>  Sun, Jun 26, 2016 at 3:39 PM
To: Chris Helali <chelali@gmail.com>