

11/24/2016

Dear Mr & Mrs. Helili,

Hello. We haven't met before, but my name is Zipporah and I'm a friend of your son, Christopher.

I've been told by Chris y'all are very lovely people, so that made it a lot easier to write this letter. I wanted to reach out because Chris and I are expecting a baby in February.

Chris really wanted to wait and surprise y'all when he returned in December, but as his activism there might

delay his return, it seemed best to tell you now.

I imagine y'all would like to know a little about me. I'm a black woman from New Orleans, Louisiana, and I moved to Boston last year. I studied English Literature in college, and want to start a graduate program at Lesley University in Art Therapy. I'm a spoken word artist, a writer, and, of course, an activist, which is how Chris and I met. :)

I hope we can meet really soon and get a chance to commune with each other.

504-266-5460

Sincerely,
Zipporah Legarde