

I want you DEAD

I wish you had died. I prayed for you to die as many times as I hoped the opposite

You are so foul

You just...think ur being so nice about things but ur not

U did a whole bunch of shitty stuff and are trying to consolidate ur debt with me by being nice

And blanket statementing some "sorries" to avoid being held accountable for each thing

I think u want to do that bc u



 New Message