**Zipporah**
Tap here for settings

> I hope ur ready for 20 years of these sick burns though I imagine you'll trade in for a younger model since she's already too old to have another kid. U really needed a warm place to sleep that bad huh?

> I'll save the rest of my quips including some for u next Monday!! 😽
>
> DEC 31, 2018 16:32

TUE, JAN 1

> I wrote this caption for you boo
>
> 
> Zipporah Legarde
> Zipporah Legarde
> Happy New Year FB · Ruin Your Enemies' Lives,

New Message