**Zipporah**
Tap here for settings

JAN 8 21:56

> I only have one pair of pants?
> JAN 8 21:57

The pants u wore yesterday are the same pants from Becky's insta photo.

It's imprinted in my mind, u see

Man I should work for the FBI u have to admit my sleuthing skills are really good

I would def make more. Though I'm getting a raise soon here, part of some equity for POC thing they're doing at the UUA

JAN 8 22:08

New Message