**Zipporah**
Tap here for settings

how things happened with us and [Redacted] I told myself no God would make me struggle like this or make me know someone like you

But I don't feel that anymore. I think it was preparation for something greater than I imagined for myself.

U make me so angry sometimes. I would never sell u out bc if u cross me I can handle u myself no need to call the FBI except to tell them where to collect the body. But Pete told me not to make jokes like that to you anymore.

What I guess I'm saying is I am not interested in selling u