.ıll Verizon LTE          8:03 PM          ✈ 77% 🔋

< 4              Z

              Zipporah >

relationship with [Redacted]. Sorry just wanted 2 make sure we were on the same page about the reason. But yeah, have a nice life I guess.

> We've been here before Zipporah, I already know where you're coming from, you know I think it's a complete joke. I don't know if you're salty that I won't bring myself down to your level, but that's just not the kind of person I am. Don't text me again about this. Goodnight

And this is exactly why having u in her life would just be as painful for her as it has been for me.

Honestly the goal is to never have 2 speak to any of u again so perfect 👋🏾

Fri, Apr 12, 10:40 PM

After I fuck up ur brother's entire career, why don't u holla? I'd maybe still fuck you