13 OCT 2015

MEMORANDUM FOR: Commander, AHRC, 1600 Spearhead Div Ave., Fort Knox, KY 40122

SUBJECT: Unqualified Resignation

1. I, Christopher Helali, 1LT, USAR, [Redacted], tender my unqualified resignation from the Army Chaplain Candidate Program under the provisions of AR 135-175 to be effective 13 OCT 2015 or as soon as practicable thereafter.

2. I am not under a suspension of favorable personnel action, under investigations, pending charges or being considered for elimination.

3. I have fulfilled my Reserve service obligations as specified in AR 135-100.

4. I desire to tender my resignation due to being a conscientious objector.

5. 16 Indian Hill Rd.
   Paxton, MA 01612
   (508) 414-0182

6. I understand that if I participated in the tuition assistance program, I will be required to reimburse the United States Government as stated in written agreement made by me with the United States Government under law and regulations. In this regard, I have not received tuition assistance while in the chaplain candidate program.

7. I understand that my resignation is voluntary and I am not entitled to separation pay.

8. My mailing address immediately after the separation will be the same as above.

9. Currently I can be contacted at the address above.

*[signature]*

Christopher Helali
1LT, USAR
Chaplain Candidate

```
                      DEPARTMENT OF ARMY
                 U.S. ARMY HUMAN RESOURCES COMMAND
                  1600 SPEARHEAD DIVISION AVENUE
                      FORT KNOX, KY 40122


AHRC-DD4-12                                        14 OCT 2015
ORDERS  D-10-521095



HELALI CHRISTOPHER J            DD4        1LT CH 56X  Redacted
16 INDIAN HILL RD                          USAR CONTROL          )
PAXTON MA 01612 1420



YOU ARE DISCHARGED FROM THE COMPONENT SHOWN.


AUTHORITY: AR 135-175
EFFECTIVE DATE: 15 OCT 2015
COMPONENT: UNITED STATES ARMY RESERVE
TYPE OF DISCHARGE: HONORABLE
ADDITIONAL INSTRUCTIONS: ALL RESERVE OF THE ARMY AND ARMY OF THE UNITED STATES
  APPTS ARE TERMINATED. IF RESERVE ID DD FORM 2A IS IN YOUR POSSESSION RETURN
  THE CARD TO COMMANDER, HRC, 1600 SPEARHEAD DIV, ATTN: DEPT 334 (SECURITY),
  FORT KNOX, KY 40122-5408. ALL OTHER FUTURE INQUIRIES SHOULD BE DIRECTED TO
  COMMANDER, HRC, 1600 SPEARHEAD DIV, FORT KNOX, KY 40122-5408, 1-888-276-9472.
  REMEMBER TO INCLUDE YOUR FULL NAME, SOCIAL SECURITY NUMBER AND ALL PREVIOUS
  SERVICE NUMBERS SO THAT YOUR RECORD CAN BE POSITIVELY IDENTIFIED.




FORMAT: 500


FOR THE COMMANDER:
***************
*    AHRC    *                    JERRY L. MRAZ
*  OFFICIAL  *                    DEPUTY CHIEF OF STAFF FOR
***************                     PERSONNEL AND LOGISTICS

DISTRIBUTION: H2     PACKET: 15
```