# UNITED STATES DISTRICT COURT
for the
District of Vermont

Christopher Helali

      v.                                    Case No.      2:21-cv-141

Zipporah Legarde; Peter Soeller

## ENTRY OF DEFAULT

The Plaintiff having filed an Application for Entry of Default as to Defendant(s):

    Peter Soeller

It appearing that said Defendant(s) has failed to plead, file a verified answer, or otherwise defend, DEFAULT of Defendant(s):

    Peter Soeller

is hereby entered pursuant to Rule 55(a), F.R.Civ.P.

Dated at Burlington, in the District of Vermont, this 20th day of July, 2021.

                                              **JEFFREY S. EATON**
                                              **Clerk of Court**

                                              **BY:** */s/ Kristin Pratico*
                                              **Deputy Clerk**

CERTIFICATE OF SERVICE

    I, Jeffrey S. Eaton, hereby certify that on July 20, 2021 the foregoing Entry of Default was electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Daniel A. Seff, Esq.: dseff@mskvt.com, daniel.seff@gmail.com, dseff@yahoo.com, ochandler@mskvt.com

Samantha V. Lednicky, Esq.: sam@catamountlaw.com, jen@catamountlaw.com

    I also certify that on July 20, 2021, I have mailed by United States Postal Service, the document to the following non-registered participants:

    Peter Soeller
    322 Ridgewood Drive
    Mystic, CT 06355

                                            **JEFFREY S. EATON**
                                            **Clerk of Court**

                                            **BY:** *Kristin Pratico*
                                            **Deputy Clerk**