UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTOPHER HELALI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ZIPPORAH LEGARDE AND PETER SOELLER,<br><br>　　　　Defendants. | )<br>)<br>)<br>)   Civil Action No.: 2:21-cv-141<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISCOVERY CERTIFICATE**

　　　　I hereby certify that today I served via US Mail and Email Defendant Legarde's Responses to Plaintiff's First Set of Requests for Admission on Plaintiff's attorney of record addressed as follows:

　　　　Daniel A. Seff
　　　　MSK Attorneys
　　　　275 College Street, P.O. Box 4485
　　　　Burlington, VT  05406-4485
　　　　dseff@mskvt.com

Dated at Burlington, Vermont, this 28th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　By:  _/s/ Samantha Lednicky_____
　　　　　　　　　　　　　　　　　　　　　　　Samantha V. Lednicky, Esq.
　　　　　　　　　　　　　　　　　　　　　　　ERN #7354
　　　　　　　　　　　　　　　　　　　　　　　CATAMOUNT LAW, PLLC
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 11
　　　　　　　　　　　　　　　　　　　　　　　Burlington, VT 05402
　　　　　　　　　　　　　　　　　　　　　　　Phone: (802) 864-9811
　　　　　　　　　　　　　　　　　　　　　　　Email: sam@catamountlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Legarde