UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CHRISTOPHER HELALI,

    Plaintiff,

       v.

ZIPPORAH LEGARDE AND PETER
SOELLER,

    Defendants.

Civil Action No.: 2:21-cv-141

## DISCOVERY CERTIFICATE

I hereby certify that today I served via Email Defendant Legarde's Responses to

Plaintiff's First Set of Interrogatories and Requests to Produce on Plaintiff's attorney of record

addressed as follows:

    Daniel A. Seff
    dseff@mskvt.com

Dated at Burlington, Vermont, this 19th day of April, 2022.

        By: _/s/ Samantha Lednicky_____
           Samantha V. Lednicky, Esq.
           ERN #7354
           CATAMOUNT LAW, PLLC
           P.O. Box 11
           Burlington, VT 05402
           Phone: (802) 864-9811
           Email: sam@catamountlaw.com
           Attorney for Defendant Legarde